

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/21/2018

UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

| | |
|---|---|
| In the Matter of: | Case No. 3:17-bk-06835 |
| CHERYL JEAN MCVAY | Chapter 13 |
| | Judge Walker |
| Debtor(s) | |
| SSN: (1) xxx-xx-8623 | |

## <u>AMENDED AGREED ORDER GRANTING DEBTORS' MOTION TO MODIFY TO ADD INLAND BANK AKA INSOLVE AUTO FUNDING</u>

It appearing to the Court on May 30, 2018, that the Motion to Modify to add Insolve Auto Funding in the above referenced case is well taken, by agreement between Debtors and the Chapter 13 Trustee, as evidenced by the signatures of Counsel for the Debtors and the Trustee entered below, respectively, and the Court being otherwise sufficiently advised;  The Agreed Order  was entered with an error in paragraph 2 listing the class of the claim as class 6.  The Motion to Modify to Add Inland Bank aka Insolve Funding treated the class of the claim as Class 3.  This Order is to correct that error.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED by the Bankruptcy Court as follows:

1. Debtors' Motion To Modify to add the post-petition debt to Insolve Auto Funding for the purchase of the 2016 Jeep Liberty is granted.

2. Insolve Auto Funding shall be paid $12,671.93 to be paid at $375.00 per month at 22% interest as a 1305 claim.  The monthly payments to Inland Bank /Insolve Auto Funding shall be disbursed with all other CLASS 3 CLAIMS (pursuant to the motion).

3. Debtor's payroll deducted plan payment will increase to $840.00 bi-weekly.

4. The Debtor's modified plan by adding creditors is not expected to affect any creditor.

5.  All filed pre-petition unsecured creditors will receive a dividend of 100% + 4.75.

6. The creditor has filed a claim.

7. The debtor shall maintain full coverage insurance on the motor vehicle and list Inland Bank as the loss payee.

8. Should the Debtor default on the plan payments or insurance, Inland Bank shall notify Debtor and Debtor's counsel of the default and, if the default is no tcured within ten (10) days of such notice, Inland Bank may thereupon have relief from the automatic stay of 11 USC §362(a) by the filing of a "Notice of Default Constituting Order of Relief From Stay" without the necessity of the filing of a motion for a hearing in this Court.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:
/s/ Mark R. Podis

_____

Mark R. Podis
Attorney for Debtors
1161 Murfreesboro Rd Ste 300
Nashville TN 37217
Phone (615) 399-3800
Facsimile (615) 366-9794
Email PodisBankruptcy@aol.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2018.08.20 11:58:46 -05'00'

Henry E. Hildebrand III
Chapter 13 Trustee
Po Box 340019,
Nashville, TN 37203-0019
Phone (615) 244-1101
Facsimile (615) 242-3241
Email AOECF@CH13.NSH

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.