Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/7/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: CHERYL JEAN MCVAY      CASE NO. 3:17-bk-06835
     174 ARBOR LOOP      CHAPTER 13
     ASHLAND CITY TN 37015      JUDGE WALKER
     Debtor:
SSN: xxx-xx-8623

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN
## TO SUSPEND PAYMENTS

Debtor filed a Motion for Suspension due to *Covid-19 Job Loss*. Notice of said motion

has been given pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

It further appears to the Court that twenty-one (21) days have elapsed since the date of service of

the motion and no responses have been forthcoming from any party in interest.

IT IS ORDERED that the Motion to Modify the Plan to Suspend Payments is granted.

1. The Debtor's Chapter 13 plan payment shall be suspended for 60 days.

2. Any money remitted to the Chapter 13 Trustee by the employer shall be refunded to the

   Debtors.

3. Debtor will not be able to pay the mortgage during the suspension of payments.

4. Debtor completed the Trustee's Financial Management Course on April 19, 2018.

5. The unsecured creditors will continue to receive a minimum dividend of 100%.

6. Debtor's plan payments will remain the same and the plan will extend 2 more months (if

   necessary) to ensure plan completion.

7. Debtor shall resume payments in accordance with the confirmed Chapter 13 Plan after the suspension.

8. New Employment may cause an increase in the Chapter 13 payment.

9. 60-day suspension is effective upon the date the Motion is filed.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Mark Podis
_____
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN 37217
Phone (615) 399-3800
Facsimile (615) 399-9794
E-mail PodisBankruptcy@aol.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.