*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 7/7/2021



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | | |
|---|---|---|
| CHERYL JEAN MCVAY | ) | Bk. No. 17-06835-CW3-13 |
| | ) | Chapter 13 |
| | ) | Judge Walker |
| Debtor(s). | ) | |

## ORDER MODIFYING PLAN

It appearing to the Court, based upon the certification of the Trustee's and debtor's counsel as indicated by their electronic signatures below, that the Trustee and the debtor, by and through counsel, have filed a Joint Motion to Modify Plan, and that pursuant to Rule 9013-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, have forwarded a copy of that Motion along with notice and an opportunity to be heard to the Assistant U.S. Trustee, and that no affected party in interest has objected to or requested a hearing on the Joint Motion, it is therefore,

ORDERED, the debtor's confirmed plan is modified to extend the plan term from 60 months to 79 months.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Margaret P. Reidy
Margaret P. Reidy
Counsel to Standing Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-244-3241
pleadings@ch13nsh.com


/s/ Mark Podis (with permission)
Mark Podis
Podis and Podis
1161 Murfreesboro Rd., Suite 300
Nashville, TN 37217
615-399-38000
podisbankruptcy@aol.com
*Attorney for the Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.